UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALI WARIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1331 |
| | § | |
| HARRIS COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

Pending before the court are the Plaintiff's Objections, and Amended Objections to the Magistrate Judge's Memorandum and Recommendation. Dkts. 93 & 94. Having reviewed the Memorandum and Recommendation dated November 27, 2007, and the Plaintiff's Objections and Amended Objections, the court ADOPTS the Magistrate Judge's Memorandum and Recommendation. Dkt. 92.

In his objections, Plaintiff argues that the court cannot rule on the Motions for Summary Judgment without first ruling on his Motions for Sanctions Against Spoliation and Perjury. Dkt. 86. In the interim period, the Magistrate Judge has denied the Plaintiff's Motions. Dkt. 95. However, even if the court disagreed with the Magistrate Judge's ruling on the Plaintiff's Motions—which it does not—the court still finds that the Plaintiff has failed to create a genuine issue of material fact. Therefore, summary judgment for the Defendants is appropriate.

Accordingly, it is ORDERED that the Memorandum and Recommendation (Dkt. 92) is hereby ADOPTED by the court. Defendants' Motion for Summary Judgment (Dkt. 58) is GRANTED. Plaintiff's Motion for Summary Judgment (Dkt. 74) is DENIED.

Additionally, the court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Therefore, those state law claims are DISMISSED without prejudice.

It is so ORDERED.

Signed at Houston, Texas on December 12, 2007.

_____
Gray H. Miller
United States District Judge